UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                19-cr-845 (PKC)

    -against-                         ORDER

JAMES WOODSON,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The sentencing originally scheduled for November 22, 2019 is adjourned to November 26, 2019 at 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

*P. Kevin Castel* (signature)
P. Kevin Castel
United States District Judge

Dated: New York, New York
         November 19, 2019