# Federal Defenders
## OF NEW YORK, INC.

**Southern District**
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 27, 2019

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York

Re: **United States v. James Woodson**
    **18 Cr. 845 (PKC)**

Dear Judge Castel,

As discussed at our appearance before the Court yesterday, I write to request that James Woodson be permitted to travel Lynchburg, Virginia, prior to his surrender date, in order to visit his sister. If the Court approves this request, Mr. Woodson will provide more specific travel information to Pretrial Services when he is able to make those arrangements. Thank you for consideration of this request.

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel
Assistant Federal Defender
Tel.: (212) 417-8772

cc: AUSA Louis Pellegrino (by ECF)

Subject to approval of arrangements by Pretrial Services

Application Granted.

So Ordered: _____ 11-27-19

Hon. P. Kevin Castel, U.S.D.J.