# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 9, 2020

**BY ECF**

> Time to surrender extended from January 14, 2020 to February 4, 2020 at or before 2:00 p.m. to the institution designated by the BOP and, if none is designated, then to the U.S. Marshal for this District.
> SO ORDERED.
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge
> 1/10/2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
New York, New York 10007

Re:  **United States v. James Woodson**
      18 Cr. 845 (PKC)

Dear Judge Castel,

    I write to request a three-week extension of James Woodson's surrender deadline, which is currently set for January 14, 2020. On November 26, 2019, this Court sentenced Mr. Woodson to one year and a day, for health care fraud, and ordered him to self-surrender. However, to date, we have not yet received Mr. Woodson's prison designation. I have repeatedly attempted to contact the BOP Grand Prairie designation center without success. I have also reached out to the Probation Department, but received no response. Mr. Woodson has several serious medical conditions and it will be much easier for him to make a smooth transition with his medical regime if he can report to his designated facility. For these reasons, we are requesting an extension of his surrender deadline.

    I have contacted AUSA Louis Pellegrino about this lack of designation and our anticipated request, but he has not informed me of the government's position on this matter. Thank you for consideration of this request.

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel
Assistant Federal Defender
Tel.: (212) 417-8772

cc:  AUSA Louis Pellegrino (by ECF)