UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

18 cr 845 (PKC)

-against-

ORDER

JAMES WOODSON,
                Defendant.
-------------------------------------------------------x
CASTEL, District Judge:

        There will be a hearing on the emergency application of Mr. Woodson on Wednesday, April 1, 2020 at 2:15pm in Courtroom 23B.

        The USMS is respectfully requested to produce the defendant.

        SO ORDERED.

                                            P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
       March 26, 2020