

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. James Woodson,* 18 Cr. 845 (PKC)

Dear Judge Castel:

    I write to update the Court regarding the status of the hearing the Court ordered for Wednesday, April 1, 2020, at 2:15 p.m. (Dkt. No. 45). I was informed today by the Bureau of Prisons that Mr. Woodson has been quarantined at the MCC and cannot be produced for the hearing.

    Accordingly, in light of COVID-19, the parties respectfully request that the Court change the status of the hearing to a telephonic conference. Counsel for the defendant, Ms. Baumgartel, joins in this request, and both parties are available at the same date and time.

    Thank you for your consideration of this matter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by: /s/
    Louis Pellegrino
    Assistant United States Attorney
    (212) 637-2617

cc: Sarah Baumgartel, Esq.