UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             18-cr-845 (PKC)

       -against-

                                                             ORDER

JAMES WOODSON,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

       The government shall respond to Woodson's renewed application by 2:00pm on April 30, 2020.  There will be a telephonic hearing on May 1, 2020 at 2:15pm, assuming defendant waives his presence at the hearing.  The defense should be prepared to address how the nature of Mr. Woodson's crime—obtaining duplicate prescriptions for drugs and then selling one set of prescriptions—factors into the Court's analysis.  Will Mr. Woodson need to leave home confinement to obtain and fill prescriptions?

       SO ORDERED.

                                                     P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
       April 27, 2020